Electronically Filed
Supreme Court
SCWC-13-0003629
04-JUN-2018
10:38 AM

SCWC-13-0003629

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KIMBERLY A. PASCO, Respondent/Petitioner-Appellant,

vs.

BOARD OF TRUSTEES OF THE EMPLOYEES' RETIREMENT SYSTEM,
Petitioner/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003629; CIV. NO. 12-1-3294)

ORDER OF CORRECTION
(By:  McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed May 22, 2018, is corrected as follows:

The attorney credits on page 29 shall be revised to read as follows:

Robert H. Thomas
(Edmund L. Lee, Jr. with him on the briefs)
for petitioner

Brian P. Aburano
(Patricia Ohara with him on the briefs)
for respondent

This order of correction shall supersede the order of correction filed by this court on May 29, 2018.  The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, June 4, 2018.

/s/ Sabrina S. McKenna

Associate Justice

